■ LAMBERTUS R. P. SCHOONHEIM, Appellant, v MARTINA SCHOONHEIM, Respondent.—Appeal withdrawn. Concur—Fein, J. p., Sandler, Bloom, Lane and Silverman, JJ.

■ AMBULANCE AND MEDICAL TRANSPORTATION ASSOCIATION OF NEW YORK, INC., et al., Appellants, v CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County, entered on March 26, 1979, unanimously affirmed, without costs and without disbursements, on the opinion of Gabel, J., at Special Term. Concur—Birns, J. P., Sandler, Sullivan, Markewich and Lynch, JJ. [98 Misc 2d 537.]